IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PHILLIPPI S. LOWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08cv466-MEF |
| | ) | (WO) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the order entered this same date, it is CONSIDERED, ORDERED and ADJUDGED that the above-styled cause be and the same is hereby DISMISSED due to lack of jurisdiction and that Plaintiff Phillippi S. Lowe take nothing by his said suit.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this the 9th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE